UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Chrystal Dameron,

              Plaintiff,                        Case No. 12-11724

v.                                        Hon. Nancy G. Edmunds

Carolyn W. Colvin, Acting
Commissioner of Social Security,

              Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including Defendant's Objections, the Court finds that the Magistrate reached the correct conclusion in the Report and Recommendation.  Accordingly, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that the Commissioner's Motion for Summary Judgment [#11] is DENIED, Dameron's Motion for Summary Judgment [#9] is GRANTED IN PART to the extent it seeks remand and DENIED IN PART to the extent it seeks an award of benefits.  Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is hereby REMANDED for further proceedings consistent with the Report and Recommendation.

      SO ORDERED.

                                   s/Nancy G. Edmunds_____
                                   Nancy G. Edmunds
                                   United States District Judge

Dated:  April 29, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 29, 2013, by electronic and/or ordinary mail.

                                   s/Kim Grimes_____
                                   Acting in the absence of Carol Hemeyer,
                                   Case Manager to Judge Edmunds